

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00604-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST 33.906 ACRES OF REAL PROPERTY IN KENDALL COUNTY, TEXAS**

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 16-293
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Jason Pulliam, Justice

Delivered and Filed:  December 28, 2016

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM